# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08CV42-W

| | |
|---|---|
| ACCESS 4 ALL, INC., and OWEN HARTY, ) ) Plaintiff, ) ) vs. ) ) 2869 TOWERVIEW, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Appear Pro Hac Vice [by Lawrence A. Fuller]" (document #3) filed October 3, 2008. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 8, 2008

_____
Carl Horn, III
United States Magistrate Judge